AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

KEITH GOODHUE

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1666-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 11, 2003__ in __WORCESTER__ county, in the _____ District of __MASSACHUSETTS__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess ephedrine, pseudoephedrine, red phosphorous and iodine, listed chemicals as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

in violation of Title __21__ United States Code, Section(s) __841(c)(1)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

see attached affidavit incorporated herein by reference.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Joseph P. Barrett_
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-26-2005                    at           Worcester, MA
Date                                         City and State

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.