AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────────── DISTRICT OF ────────────

UNITED STATES OF AMERICA

V.

Keith Goodhue

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 05-1666-CBS

I, _Keith Joseph Goodhue_, charged in a (complaint) (petition) pending in this District with _____
in violation of Title _____, U.S.C., _____,
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

6/8/05
Date

_[signature]_
Counsel for Defendant